# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)



**FILED**
U.S. District Court
District of Kansas

JAN 17 2013

Clerk, U.S. District Court
By_____Deputy Clerk

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

CASE NO. 13-m-6006-01-KGG

**SEAN C. COSTA,**

**Defendant.**

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about January 9, 2013, in the District of Kansas, the defendant,

### SEAN C. COSTA,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to-wit: a Mossberg, model 600 AT, 12 gauge, pump action shotgun, ser. no. H459538, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

I further state that I am a Detective of the Wichita Police Department (WPD), and that this Complaint is based on the following facts:

SEE ACCOMPANYING AFFIDAVIT, WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

Detective Kent Boal
Wichita Police Department

Sworn to before me and subscribed in my presence this 17th day of January, 2013, at Wichita, Kansas.

Honorable Kenneth G. Gale
United States Magistrate Judge

## AFFIDAVIT

On January 9th, 2013, at 7:32 a.m. Wichita Police Officers were dispatched to a disturbance with a shotgun being fired at McDonald's, located at 6350 West Kellogg Drive. Once the officers arrived, they made contact with the victims, Deborah Bennington and Dwight Martinez. Bennington and Martinez reported that they were in the McDonald's drive thru lane in Deborah's 1990 Buick Lesabre. Deborah was driving and Dwight was the front seat passenger. While in the drive thru lane a black Chevy Trailblazer with a personalized Kansas license plate of "SAMPSON" cut in front of them. They stated they struck the rear bumper of a black Chevy Trailblazer as it tried to cut into the line of the drive thru. After they struck the suspect vehicle, the suspect vehicle drove around the corner from the drive thru window and parked. As Deborah exited the McDonald's property a white female, who they described as being in her 20's, 5'04 to 5'07'' tall, medium build and blonde hair exited the driver's seat of the Chevy Trailblazer and threw a tire tool, striking their rear driver's side door. At about the same time, a male, who they described as being in his 20's, 5'07'' to 6'0'' tall, slender build, wearing a dark jacket and dark hat, stepped out of the rear passenger's side door of the Chevy Trailblazer and fired a shotgun. The shotgun blast struck the post located between the driver's side front and back doors of Deborah's car.

It was determined that the suspect Trailblazer was registered to Steven Sampson at 2440 West Newell, Wichita, Kansas. Wichita Police Officer Roddy Winder immediately went to the West Newell address. When he arrived he observed a black Chevy Trailblazer with a personalized Kansas license plate of "SAMPSON" parked in the driveway of 2440 West Newell. Officer Winder also observed a white male wearing a dark jacket and dark cap, matching the description of the shooting suspect, entering the front door of the residence 2440 West Newell

address. Officers attempted to make contact with the male inside of 2440 West Newell multiple times but they received no response.

Officer Winder stated he arrived approximately ten minutes after officers were dispatched on the initial 911 call. The West Newell address is approximately an eight minute (3.8 miles) drive from the McDonald's at 6350 West Kellogg Drive. After the male entered the residence, Officer Winder maintained a visual on the front of the residence and stated no one left the residence. Officer Richard Stopka arrived at 2440 West Newell just a few minutes after Officer Winder had arrived and he ensured that no one exited the rear of the residence.

After conducting a subsequent interview with Deborah Bennington and Dwight Martinez, Deborah was not able to identify the male shooting suspect from a photo lineup which included Steven Sampson. She was also unable to identify the female driver suspect from a second photo lineup. Dwight was unable to identify the shooting suspect from the same photo lineup, but he did identify the female driver from the second photo lineup. The photo he chose in the second lineup was a photograph of Melissa Palacios. Police records showed that Wichita Police Officers had contact with Melissa Palacios at 2440 West Newell, on January 7, 2013, in relation to a civil dispute with Steven Sampson.

A search warrant was obtained and executed at 2440 West Newell. During the execution of the search warrant Steven Sampson, Sean Costa, and Melissa Palacios were taken into custody inside the residence. Officers stated that while clearing the residence Steven was located in the upstairs bathroom of the residence, and that Costa and Melissa were located sleeping together in the basement bedroom.

During a subsequent search of the residence a loaded Mossberg, model 600 AT, .12 gauge, pump action shotgun, serial number H459538 was located in a crawl space next to the bed

2

where Officers took Costa and Melissa into custody.  The firearm was manufactured outside the State of Kansas.  In addition to the firearm officers located various .12 gauge and .410 gauge shotgun shells throughout the basement and bedroom occupied by Costa and Melissa.  Also located in this same bedroom were men's clothing, women's clothing, a Kansas Identification card belonging to Sean Costa, and mail addressed to Melissa Palacios.

This affiant interviewed Sean Costa.  Costa waived his Miranda rights and agreed to be interviewed. Costa stated he had touched the 12 gauge shotgun that was found in the crawl space, but he stated he did not own the gun. Costa said the gun belonged to Steve Sampson, who lives in the upper part of the residence. Costa denied shooting the gun at the vehicle in McDonald's parking lot. He admitted to living at the residence at 2440 W Newell, and stated he shared the basement with his girlfriend, Melissa Palacios.

Costa said they went to the McDonalds on Kellogg and ordered food. Costa said he was in the front seat and Melissa was driving. Costa said McDonalds did not give Melissa all the food she ordered so Melissa turned around and went back to the drive thru lane to get the rest of her food. Costa said Melissa did yell at someone who hit the back of their vehicle in the drive thru lane. Costa said he did see Melissa throw a tire tool at the vehicle and then "Joseph", who was in the back seat of their vehicle, got out and shot the other vehicle with a shot gun. Costa denied shooting the vehicle.

Wichita Police Officer Robert Golding took Costa to jail for booking from the sixth floor of the City Building.  During the transport, Costa said, in an unsolicited statement, "If you were a felon wouldn't you have a weapon for your protection?"  Officer Golding told Costa that he was not a felon, and Costa responded by saying, "You would if you were a felon."

3

This affiant has listened to phone calls that Costa has made since his arrest and placement at the Sedgwick County Jail in this case. During one call Costa called a female named Courtney and was explaining to her what happened at McDonalds. Costa told her that if they just wouldn't have gone back to the house. Costa said to her that he had hid the gun inside the wall in the basement and he should have put the gun upstairs. Costa also explained to Courtney that everything in the basement was his and Melissa's. On another phone call Costa was talking to an Isaac, and told him, "I stuck the gun in the wall."

Sean Costa is a documented criminal street gang member as defined in K.S.A. 21-6313. The arrested party meets State guidelines for a criminal street gang member, and was documented in the W.P.D. database on Jan. 9th, 2013 as a member of the White Supremacist.

Sean Costa was convicted in the 18th Judicial District, Sedgwick County, Kansas on January 19th, 2011, of aggravated assault, a severity level 7 persons felony, which is punishable by a prison term exceeding one year.

FURTHER AFFIANT SAITH NOT.

Detective Kent Boal, Affiant
Wichita Police Department

SUBSCRIBED AND SWORN to before me on this 17th day of January, 2013.

Honorable Kenneth G. Gale
United States Magistrate Judge

4